■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS PARSON, Appellant. [17 NYS3d 638]—Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered March 10, 2011, convicting defendant, after a jury trial, of attempted robbery in the first degree and criminal possession of a weapon in the third degree, and sentencing him, as a persistent violent felony offender, to an aggregate term of 20 years to life, unanimously modified, in the interest of justice to reduce the sentence for the robbery conviction to 16 years to life, and otherwise affirmed.

Since the court granted defendant's request for submission of attempted robbery in the third degree as a lesser included offense of attempted first-degree robbery, and the jury convicted him of the higher charge, defendant is foreclosed from challenging the court's ruling denying his request for submission of the additional lesser included offense of attempted petit larceny (*see People v Boettcher*, 69 NY2d 174, 180 [1987]). In any event, there was no reasonable view of the evidence to support submission of attempted petit larceny.

We find the sentence excessive to the extent indicated. Concur—Mazzarelli, J.P., Renwick, Andrias and Manzanet-Daniels, JJ.